**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MASHA J. KIRTLEY,**

        **Plaintiff,**

**-vs-**                                                                 **Case No. 6:06-cv-1494-Orl-19DAB**

**STAT-CALL, INC., MARIAN L. POWELL,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration following a hearing on the Court's Order to Show Cause (Doc. No. 28). As set forth in the Order, the Scheduling Order (Doc. No. 9) issued in this case directs the parties as follows:

> 3. No later than 30 days after Defendant files the Verified Summary, counsel for Plaintiff and Defendant shall meet and confer in person in a good faith effort to settle all pending issues, including attorneys fees and costs. [footnote omitted] Counsel shall have full authority to settle, and shall set aside sufficient time for a thorough, detailed, and meaningful conference that is calculated to fully resolve the case by agreement.
>
> 4. No later than 10 days after the settlement conference, counsel shall jointly file a Report Regarding Settlement that notifies the Court whether: 1.) the parties have settled the case; 2.) the parties have not settled but wish to continue settlement discussions for a specific period of time; 3.) the parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date; 4.) either party requests a settlement conference before the United States Magistrate Judge; or 5.) the parties have exhausted all settlement efforts and will file immediately a Case Management Report [footnote omitted] signed by counsel for all parties.

The Verified Summary was filed on January 22, 2007 (Doc. No. 24). There is no record indication that the parties have met, as required, and no Report has been filed. Thus, the undersigned

directed the parties to appear and show cause why sanctions for failure to prosecute or defend should not be imposed. Plaintiff failed to attend the hearing.[1] As it is clear that Plaintiff has abandoned this cause, it is **respectfully recommend** that the case be **dismissed** for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 22, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1] Plaintiff has also failed to attend a prior hearing. *See* Doc. No. 22.