# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MASHA J. KIRTLEY,

               Plaintiff,

vs.                                       CASE NO. 6:06-CV-1494-ORL-19DAB

STAT-CALL, INC.,
MARIAN L. POWELL,

               Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 33, filed March 22, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 33) is **ADOPTED and AFFIRMED.** This case is hereby **DISMISSED** for failure to prosecute.

**DONE AND ORDERED** at Orlando, Florida, this ____10th____ day of April, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record